STUART F. DELERY
Acting Assistant Attorney General
DAVID J. KLINE
Director, Office of Immigration Litigation, District Court Section
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail: Lana.Vahab@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BERNAVE ALCARAZ, et al., ) | No.: C 13-511 SBA |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION TO EXTEND TIME |
| vs. ) | WITHIN WHICH THE DEFENDANTS |
| ) | MUST FILE AN ANSWER and |
| JANET NAPOLITANO, *et al.*, ) | ORDER |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the Defendants must serve their answer, or other responsive pleading to the complaint. In support thereof, the parties state as follows:

1. Plaintiffs filed the instant complaint for money damages on February 5, 2013. (ECF No. 1.)

2. Plaintiffs properly effectuated service on February 7, 2013.

3. According to Fed. R. Civ. P. 12(a)(3), Defendants' deadline to answer or otherwise respond to the complaint is April 8, 2013.

4.  Despite diligent efforts on behalf of the undersigned, Defendants need more time to gather certain information necessary to answer or otherwise respond to Plaintiffs' complaint.

5.  The undersigned contacted Plaintiffs' counsel, H. Nelson Meeks, by e-mail on April 4, 2013, regarding this stipulation.  Mr. Meeks indicated that he agreed to stipulate to allow Defendants' up to and including April 12, 2013, to file their answer or other responsive pleading.

Dated:  April 8, 2013                                  Respectfully submitted,

STUART F. DELERY                                       /s/ Lana L. VAHAB
Acting Assistant Attorney General                      LANA L. VAHAB
                                                       Trial Attorney
DAVID J. KLINE                                         United States Department of Justice
Director                                               Office of Immigration Litigation
                                                       District Court Section
                                                       P.O. Box 868, Ben Franklin Station
                                                       Washington, D.C. 20044
                                                       Telephone: (202) 532-4067
                                                       Facsimile: (202) 305-7000
                                                       E-mail: lana.vahab@usdoj.gov

                                                       *Attorneys for Defendants*

Dated: April 8, 2013                                   /s/ H. Nelson Meeks   (with permission)
                                                       H. NELSON MEEKS
                                                       Law Office of H. Nelson Meeks
                                                       870 Market Street
                                                       Suite 700
                                                       San Francisco, CA 94102
                                                       Telephone: (415) 989-9915
                                                       Facsimile: (415) 989-9914
                                                       E-mail: nelson@nelsonmeekslaw.com

                                                       *Attorney for Plaintiffs*

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATE: 4/9/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge