STUART F. DELERY
Acting Assistant Attorney General
DAVID J. KLINE
Director, Office of Immigration Litigation, District Court Section
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail:  Lana.Vahab@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BERNAVE ALCARAZ, et al., | No.: C 13-511 SBA |
| Plaintiffs, | |
| vs. | SECOND STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER OR OTHERWISE RESPOND and ORDER |
| JANET NAPOLITANO, *et al.*, | |
| Defendants. | |

*SECOND* **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER**

　　Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the Defendants must serve their answer, or other responsive pleading to the complaint.   In support thereof, the parties state as follows:

　1. Plaintiffs filed the instant complaint for money damages on February 5, 2013.  (ECF No. 1.)

　2. Plaintiffs properly effectuated service on those Defendants sued in their official capacities on February 7, 2013.

3. According to Fed. R. Civ. P. 12(a)(3), Defendants' original deadline to answer or otherwise respond to the complaint is April 8, 2013.  Pursuant to the Parties' Stipulation to Extend Time (ECF No. 11), this original deadline was extended to April 12, 2013.

4. On April 10, 2013, after a discussion with Defendants' counsel, counsel for Plaintiffs informed Defendants' counsel that he plans to file an amended complaint in this action by approximately April 19, 2013.

5. In the interest of judicial economy, the parties agree that Defendants will not respond to Plaintiffs' original complaint, but will instead wait for Plaintiffs to file their First Amended Complaint and will then respond in accordance with the time allotted by Fed. R. Civ. P. 15(a)(3).

6. The undersigned contacted Plaintiffs' counsel, H. Nelson Meeks, by e-mail on April 11, 2013, regarding this stipulation.  Mr. Meeks indicated that he agreed to this stipulation.

Dated:  April 11, 2013

Respectfully submitted,

STUART F. DELERY  
Acting Assistant Attorney General

DAVID J. KLINE  
Director

/s/ Lana L. VAHAB  
LANA L. VAHAB  
Trial Attorney  
United States Department of Justice  
Office of Immigration Litigation  
District Court Section  
P.O. Box 868, Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 532-4067  
Facsimile: (202) 305-7000  
E-mail: lana.vahab@usdoj.gov

*Attorneys for Defendants*

Dated: April 11, 2013

/s/ H. Nelson Meeks   (with permission)  
H. NELSON MEEKS  
Law Office of H. Nelson Meeks  
870 Market Street  
Suite 700  
San Francisco, CA 94102  
Telephone: (415) 989-9915  
Facsimile: (415) 989-9914  
E-mail: nelson@nelsonmeekslaw.com

*Attorney for Plaintiffs*

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

DATE: 4/12/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge