STUART F. DELERY
Acting Assistant Attorney General
VICTOR M. LAWRENCE
Assistant Director, Office of Immigration Litigation, District Court Section
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail:  Lana.Vahab@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BERNAVE ALCARAZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JANET NAPOLITANO, *et al.*, <br><br> Defendants. | No.: C 13-0511 MMC <br><br> STIPULATION FOR ALL PARTIES TO APPEAR TELEPHONICALLY AT THE MAY 24, 2013 CASE MANAGEMENT CONFERNECE <br> And [PROPOSED] ORDER |

**STIPULATION FOR PARTIES TO APPEAR TELEPHONICALLY**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to appear telephonically at Case Management Conference scheduled in this case for 10:30 am on May 24, 2013.  In support thereof, the parties state as follows:

1. Defendants' counsel is located in Washington, D.C., and, in light of the Sequestration that went into effect on March 1, 2013, the Attorney General recently issued a memorandum directing all attorneys to limit all case-related travel, where possible.

2. The undersigned contacted Plaintiffs' counsel, H. Nelson Meeks, by e-mail on April 26, 2013, regarding this stipulation. Mr. Meeks indicated that he agreed to appear by telephone.

Dated:  April 29, 2013                    Respectfully submitted,

STUART F. DELERY                          /s/ Lana L. VAHAB
Acting Assistant Attorney General         LANA L. VAHAB
                                          Trial Attorney
VICTOR M. LAWRENCE                        United States Department of Justice
Assistant Director                        Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 532-4067
                                          Facsimile: (202) 305-7000
                                          E-mail: lana.vahab@usdoj.gov

                                          *Attorneys for Defendants*

Dated: April 29, 2013                     /s/ H. Nelson Meeks   (with permission)
                                          H. NELSON MEEKS
                                          Law Office of H. Nelson Meeks
                                          870 Market Street
                                          Suite 700
                                          San Francisco, CA 94102
                                          Telephone: (415) 989-9915
                                          Facsimile: (415) 989-9914
                                          E-mail: nelson@nelsonmeekslaw.com

                                          *Attorney for Plaintiffs*

1
2
3
4
5
6
7
...
28

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. Specifically, all counsel shall appear telephonically at the May 24, 2013 Case Management Conference.

DATE: April 30, 2013

_____
Maxine M. Chesney
United States District Judge