IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNAVE ALCARAZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES,<br><br>    Defendant.<br>_____/ | No. C-13-0511 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

    On June 7, 2013, plaintiffs electronically filed their First Amended Complaint, and, on June 11, 2013, electronically filed a petition for appointment of a guardian ad litem. Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically-filed document of which a chambers copy has not been timely
2 provided to the Court.
3     **IT IS SO ORDERED.**
4
5 Dated: June 24, 2013            _/s/ Maxine M. Chesney_
6                                          MAXINE M. CHESNEY
                                         United States District Judge