H. Nelson Meeks CBN #175800
LAW OFFICES OF H. NELSON MEEKS
870 Market Street, Suite 700
San Francisco, CA 94102
(415) 989-9915
(415) 989-9914 (FAX)

Attorney for **Plaintiff**
BERNAVE ALCARAZ ET AL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNAVE ALCARAZ ET AL<br>PLAINTIFF<br><br>V.<br><br>UNITED STATES | CASE NO: **C 13-00511** ~~SBA~~  MMC<br><br>PETITION ~~AND ORDER~~ FOR APPOINTMENT OF GUARDIAN AD LITEM ;<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

PETITIONER, BERNAVE ALCARAZ, STATES AS FOLLOWS:

1. I am the father of the following minor children:

   E.V.A.         DOB: October 6, 1999
   C.A.           DOB: April 15, 2004
   S.A            DOB:  March 2, 2006

2. I seek appointment as the guardian ad litem to represent the interests of my children in this matter.  The above mentioned children, my wife, MARIA ALCARAZ, and I presently live  on      W. Spain St., Sonoma, California.  Our telephone number is  (xxx) xxx-6003.

3. My children named in paragraph #1 above have causes of action on which suit has been brought against the United States for its wrongful taking of their mother, removing her against her will to Mexico and refusing to allow her return for approximately 10 weeks.

4. My children named in paragraph #1 above have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

Law Offices of H. Nelson Meeks
870 Market Street, Suite 700
San Francisco, CA 94102

5. I am a competent and responsible person and fully competent to act as the guardian ad litem for my children named in paragraph #1 above.

WHEREFORE, BERNAVE ALCARAZ moves the court for an order appointing him as guardian ad litem for the purpose of bringing action against the UNITED STATES on the claim hereinabove stated.

Dated: June 7, 2013

Respectfully submitted,

_____/S/_____
H. Nelson Meeks, Esq.
Attorney for Bernave Alcaraz, et al
Plaintiffs

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Dated: June 7, 2013

_____/S/_____
BERNAVE ALCARAZ

CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Dated: June 7, 2013

_____/S/_____
BERNAVE ALCARAZ

1 | The petition for an order appointing BERNAVE ALCARAZ as the guardian ad litem for
2 | E.V.A., C.A., AND S.A. is GRANTED.

6 | IT IS SO ORDERED

8 | DATED_ June 28, 2013 _____

_____
UNITED STATES DISTRICT JUDGE

Law Offices of H. Nelson Meeks
870 Market Street, Suite 700
San Francisco, CA 94102

- 3 -

*PI -- Alcaraz v. DHS*
**C 13-00511 SBA**

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIAN AD LITEM