IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERVANE ALCARAZ, et al., | No. C-13-0511 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

Before the Court is defendant United States' motion to dismiss, filed July 2, 2013, by which the United States seeks dismissal of plaintiffs' First Amended Complaint. Plaintiffs have filed opposition, to which the United States has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 30, 2013.

**IT IS SO ORDERED.**

Dated: August 26, 2013

MAXINE M. CHESNEY
United States District Judge