IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNAVE ALCARAZ, et al., | No. C-13-511 MMC |
| Plaintiffs, | **ORDER RE: STIPULATION; DIRECTIONS TO PARTIES** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Expand Time for ADR, filed March 31, 2014, by which the parties, in light of an anticipated settlement, seek to extend their court-sponsored mediation deadline to July 1, 2014.

As the trial, as currently scheduled, is set to begin June 23, 2014, the Court hereby DEFERS ruling on said stipulation until after the April 4, 2014 Status Conference, at which the parties shall be prepared to discuss all future dates set by the Court's Pretrial Preparation Order.

**IT IS SO ORDERED.**

Dated: March 31, 2014

MAXINE M. CHESNEY
United States District Judge