IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNAVE ALCARAZ, et al., | No. C-13-511 MMC |
| Plaintiffs, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

Before the Court is the parties' Notice of Settlement, filed August 29, 2014, and Joint Status Conference Statement, also filed August 29, 2014. In the Joint Status Conference Statement, the parties request the status conference scheduled for September 19, 2014 be continued to afford the parties the opportunity to effectuate their settlement.

Good cause appearing for the continuance requested, the Status Conference is hereby CONTINUED from September 19, 2014 to November 21, 2014, at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than November 14, 2014.

**IT IS SO ORDERED.**

Dated: September 2, 2014

MAXINE M. CHESNEY
United States District Judge