H. Nelson Meeks CBN #175800
LAW OFFICES OF H. NELSON MEEKS
870 Market Street, Suite 700
San Francisco, CA 94102
(415) 989-9915
(415) 989-9914 (FAX)
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| BERNAVE ALCARAZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES, *et al.*, <br><br> Defendants. | No.: C 13-0511 MMC <br><br> PLAINTIFF'S TO MOTION TO DISMISS RULE 41(a)(2) |

## FACTUAL BACKGROUND

1. The parties have concluded settlement of this case. The stipulated settlement states as follows: (a) the settlement check will be sent to counsel for plaintiffs upon (b) Plaintiffs' counsel filing a motion for an order dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees, including any costs, expenses, and fees incurred by Plaintiffs in obtaining court approval of settlement on behalf of the minor Plaintiffs. Said dismissal Order shall provide that the District Court is not retaining jurisdiction over the above-referenced action of the settlement.

2. This motion seeks to fulfill the above stated terms of the settlement agreement.

## ARGUMENT

3. But for the transmittal of the sum agreed to in the parties stipulated settlement, this case has been fully resolved.

4. According to the terms of the settlement, Plaintiffs herewith file their motion to dismiss this case in its entirety with prejudice and a termination of jurisdiction.

1    5.  A proposed order is attached.

Dated:  October 15, 2014                         Respectfully submitted,

/s/ H. Nelson Meeks
H. NELSON MEEKS
Law Office of H. Nelson Meeks
870 Market Street
Suite 700
San Francisco, CA 94102
Telephone: (415) 989-9915
Facsimile: (415) 989-9914
E-mail: nelson@nelsonmeekslaw.com

*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

IT IS SO ORDERED AS FOLLOWS:

1. This case is DISMISSED in its entirety with PREJUDICE,
2. Each party shall bear its own costs, expenses, fees, including any costs, expenses, and fees incurred by Plaintiffs in obtaining court approval of settlement on behalf of the minor Plaintiffs.
3. Jurisdiction of the Court over this case is hereby TERMINATED.

DATE: October 16, 2014

Maxine M. Chesney
United States District Judge